

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2014

No. 04-13-00787-CV

Leticia R. **ALVAREZ**,
Appellant

v.

Reymundo **ALVAREZ**,
Appellee

From the County Court at Law, Starr County, Texas
Trial Court No. CC-12-340
Honorable Romero Molina, Judge Presiding

# O R D E R

Appellant's brief was filed on July 23, 2014. Appellee's brief was originally due on August 22, 2014. On September 25, 2014, appellee filed a motion to substitute counsel, indicating that Martie Garcia Vela has been retained to represent appellee in this appeal. The motion is GRANTED. It is ORDERED that Martie Garcia Vela is substituted as counsel for appellee and Daniel J. Garcia is discharged as counsel for appellee.

**Appellee's brief is due on October 27, 2014**. Appellee's counsel is advised that this Court will not look favorably upon any motion seeking a lengthy extension of time to file appellee's brief.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court